CLF 1(b)
(Rev. 06-01-05)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Stacy Gene Flippen

    DEBTOR(S)

CASE NO. 10-11697

### NOTICE OF DEFICIENT FILING

The Bankruptcy Pleading or other document that you submitted is deficient for the reason(s) marked below. The deficiency may be corrected by tendering corrected items. All tendered items are property of the court and cannot be returned for correction.

**PLEASE TAKE NOTICE** that unless the deficiency(ies) checked below is/are corrected within 20 days from the date of filing, the filed item will be subject to dismissal. This administrative determination is subject to judicial review.

(XX)   The amendment to debtor's/debtors' schedule or list of creditors, was not accompanied by the $26 filing fee mandated under the Judicial Conference of the United States Schedule of Miscellaneous Fees adopted pursuant to Title 28, §1930 (b), U.S.C., as revised.

( )   Debtor or debtor's attorney must file an amended master address list (matrix) as to the **additional creditors only.**

( )   Debtor or debtor's attorney must file an amended schedule of creditors as to the proposed amended master address list (matrix).

( )   Debtor or debtor's attorney must file a certificate of service showing service of a notice of said amendment to affected creditors, the Trustee and the U.S. Trustee. **\*Copy of proper notice form. (CLF 156).**

( )   Creditor(s) were added to the List of 20 Largest Unsecured Creditors, but were not included in the master mailing list.

( )   The motion to modify a chapter 13 plan to add creditor(s) that you filed is deficient. In the event that said added creditors <u>were not included in master mailing lists (matrices) or schedules of creditors filed prior to this time</u>, you must file in this case an ( ) amended master mailing list (matrix) and/or ( ) an amended schedules of creditors, and ( ) pay the requisite $26.00 filing fee (if not already paid in this instance) before your said motion to modify may be considered.

( )   The "amended" chapter 13 plan after confirmation that you filed is deficient. There is not appended to your "amended" plan after confirmation a motion for such modification.

( )   The motion to amend schedules and the master list of creditors or matrix that you filed is deficient. Please note that Rule 1009(a), F.R.Bk.P. provides, inter alia, that a list, schedule or statement may be amended by the debtor as a matter of course at any time before the case is closed and that such rule contains no language requiring a motion to amend for such purposes. Accordingly, your motion is being placed in permanent abeyance inasmuch as the subject rule does not require action by the Court. Please take notice also that such amendment to add creditor(s) does not operate to modify a confirmed plan. Such modification requires a separate and distinct motion to modify the subject plan by including specific provisions for the treatment of the added creditor(s) under such plan.

**\* A copy of the above-reference forms may be obtained from the Court's web site at [www.msnb.uscourts.gov.](http://www.msnb.uscourts.gov)**

                                            DAVID J. PUDDISTER, CLERK

                                            By: <u>A. Dabbs</u>
                                            Deputy Clerk
                                            703 Hwy 145 North
                                            Aberdeen, MS  39730
                                            Phone:  (662) 369-2596

Date of Issuance: May 26, 2010